# U.S. Bankruptcy Court

## Eastern District of Wisconsin

### Docket Report 97–20231

- *Debtor:* Shawn W. Bancroft, *Debtor:* Jessica A. Bancroft
- *Bankruptcy Petition #:* 97–20231
- *Date filed:* 01/13/97
- *Date terminated:* 04/30/97
- *Assigned to:* Judge James E. Shapiro
- Chapter 7, voluntary, joint, no–asset,

| * Parties * | * Attorneys * |
|---|---|
| **Shawn W. Bancroft**<br>SSN: ***–**–3779<br>1604 River Street<br>Niagara WI 54151<br>* Debtor * | **Allan J. Rittenhouse**<br>P.O. Box 62<br>Iron Mountain MI 49801<br>906–779–2080 |
| **Jessica A. Bancroft**<br>SSN: ***–**–4710<br>aka: Jessica A. Cook<br>1604 River Street<br>Niagara WI 54151<br>* Debtor * | **Allan J. Rittenhouse**<br>P.O. Box 62<br>Iron Mountain MI 49801<br>906–779–2080 |
| **Paul G. Swanson**<br>377 Park Plaza<br>P.O. Box 617<br>Oshkosh WI 54902<br>235–6690<br>* Trustee * | |

## Docket Proceedings

| Date | Doc. No. | Docket Entry |
|---|---|---|
| 01/13/97 | –– | 341 Meeting of Creditors scheduled for 10:00 2/21/97 At Room 203, Green Bay Last Day To Oppose Discharge: 4/22/97 (shd ) [EOD 01/14/97] |

| Date | Doc. No. | Docket Entry |
|---|---|---|
| 01/13/97 | 1 | Voluntary Petition all schedules and statements. ( Filing Fee $ 175.00 Receipt # 92867) (shd ) [EOD 01/14/97] |
| 01/15/97 | 2 | Courts Certificate of Mailing Re: Notice to creditors regarding section 341 meeting. (cab ) [EOD 01/17/97] |
| 01/24/97 | 3 | Certificate Of Service By Allan J. Rittenhouse for Debtor Jessica A. Bancroft, Debtor Shawn W. Bancroft Of Notice of [0–0] 341 Meeting . (shd ) [EOD 01/27/97] |
| 03/10/97 | 4 | Reaffirmation Agreement Between Debtor And First National Bank of Iron Mountain With Declaration Of The Attorney For The Debtor. (shd ) [EOD 03/11/97] |
| 03/10/97 | 5 | Reaffirmation Agreement Between Debtor And First National Bank of iron Mountain With Declaration Of The Attorney For The Debtor. (shd ) [EOD 03/11/97] |
| 03/10/97 | 6 | Reaffirmation Agreement Between Debtor And First National Bank of Iron Mountain With Declaration Of The Attorney For The Debtor. (shd ) [EOD 03/11/97] |
| 03/10/97 | 7 | Trustee's Report of No Assets. (shd ) [EOD 03/11/97] |
| 04/30/97 | –– | Case Closed. (shd ) [EOD 04/30/97] |
| 04/30/97 | 8 | Discharge of Debtor (shd ) [EOD 04/30/97] |
| 04/30/97 | 9 | Final Decree (shd ) [EOD 04/30/97] |
| 05/05/97 | 10 | Bankruptcy Noticing Center's Certificate of Service RE: Discharge of Debtor (shd ) [EOD 05/06/97] |